UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
           :
KANAND OJHA,           :
           :
          Petitioner,    :
           :      25-CV-10215 (VSB)
    -against-    :
           :      **ORDER TO SHOW CAUSE**
KENNETH GENALO, in his official capacity  :
as Acting Field Office Director, New York Field :
Office, U.S. Immigration & Customs    :
Enforcement. TODD LYONS, In his official  :
capacity as Acting Director, U.S. Immigration  :
and Customs Enforcement. PAUL ARTETA, In :
his official capacity as Warden Orange County :
Correctional Facility, KRISTI NOEM, In her  :
official capacity as Secretary of Homeland   :
Security, PAM BONDI, In her official capacity :
as Attorney General,         :
           :
        Respondents. :
           :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241, which was filed on December 9, 2025 at 11:47 P.M. ET.  (Doc. 1 ("Habeas Petition").) Petitioner's counsel states that he is being detained at Orange County Detention Center in Goshen, New York.  (*Id.* ¶ 1.)  Upon consideration of Petitioner's Habeas Petition, it is hereby ORDERED that:

1. To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States unless and until the Court orders otherwise.[1]

---

[1] *See, e.g.*, *Loc. 1814, Int'l Longshoremen's Ass'n, AFL-CIO v. New York Shipping Ass'n, Inc.*, 965 F.2d 1224, 1237 (2d Cir. 1992) ("Once the district court acquires jurisdiction over the subject matter of, and the parties to, the litigation, the All Writs Act [28 U.S.C. § 1651] authorizes a federal court to protect that jurisdiction." (internal quotation marks omitted)); *Garcia-Izquierdo v. Gartner*, No. 04-CV-7377, 2004 WL 2093515, at *2 (S.D.N.Y. Sept. 17, 2004) (observing that, under the All Writs Act, 28 U.S.C. § 1651, a district court "may order that a petitioner's deportation be stayed . . . when a stay is necessary to preserve the Court's jurisdiction of the case"); *Khalil v. Joyce*,

2. Petitioner shall not be transferred except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this court in light of Petitioner's interests in participating in further proceedings before this Court and maintaining adequate access to legal counsel through these proceedings.[2]

3. Respondents shall show cause, pursuant to 28 U.S.C. § 2243, why the Petition for Writ of Habeas Corpus should not be granted by December 17, 2025.

4. Petitioner shall have the opportunity to file a reply by December 22, 2025.

5. This matter shall be heard by the Court on December 23, 2025 at 2:00 p.m. in the Thurgood Marshall United States Courthouse, Courtroom 518, 40 Foley Square, New York, NY, 10007.

6. The parties shall also attend an initial telephonic case conference on Friday, December 12, 2025, at 10:00 a.m. ET. The dial-in number is 1-855-244-8681 and the access code is 2309 3085 835. There is no attendee ID. The parties should be prepared to address venue, under what statutory provision petitioner is being detained under, and provide additional details about petitioner's detention, such as petitioner's A-number and any other accompanying documents.

SO ORDERED.

Dated:   December 10, 2025
         New York, New York

Vernon S. Broderick
United States District Judge

---

No. 25-CV-1935 (S.D.N.Y. Mar. 10, 2025) (Doc. 9) (barring the government from removing petitioner from the United States until the Court could address his claim); *Kuprashvili v. Flanagan*, No. 25-CV-5268, 2025 WL 2382059, at *1 (S.D.N.Y. June 30, 2025) (collecting cases staying removal to preserve the court's jurisdiction).

[2] *See Samb v. Joyce*, No. 25-CV-6373 (S.D.N.Y. Aug. 4, 2025) (Doc. 3) (collecting cases in support of enjoining transfer of petitioner outside of New York City area).