UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                            :

KANAND OJHA,                     :

                     :

            Petitioner,   :

                     :       25-CV-10215 (VSB)

       -against-        :

                     :        **ORDER**

KENNETH GENALO, in his official capacity  :
as Acting Field Office Director, New York Field:
Office, U.S. Immigration & Customs      :
Enforcement. TODD LYONS, In his official  :
capacity as Acting Director, U.S. Immigration :
and Customs Enforcement. PAUL ARTETA, In :
his official capacity as Warden Orange County :
Correctional Facility, KRISTI NOEM, In her :
official capacity as Secretary of Homeland  :
Security, PAM BONDI, In her official capacity :
as Attorney General,            :

                     :

           Respondents. :

                     :

-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       I understand from Petitioner's counsel that the parties held a hearing on Tuesday, January

13, 2026 at 1:00 p.m. related to removal proceedings for Petitioner. (Doc. 21.) Petitioner has

argued that the outcome of said proceeding may "moot[] habeas review." (*Id.* at 3; *see also id.* at

2, 4.) In the parties' forthcoming submissions, they will address whether the concurrently

adjudicated removal proceedings moot the instant suit.

SO ORDERED.

Dated:     January 15, 2026
           New York, New York

Vernon S. Broderick
United States District Judge