UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
KANAND OJHA,                                              :
:
                              Petitioner,          :
:         25-CV-10215 (VSB)
        -against-                                  :
:              **ORDER**
KENNETH GENALO, in his official capacity    :
as Acting Field Office Director, New York Field :
Office, U.S. Immigration & Customs          :
Enforcement. TODD LYONS, in his official    :
capacity as Acting Director, U.S. Immigration :
and Customs Enforcement. PAUL ARTETA, in :
his official capacity as Warden Orange County :
Correctional Facility, KRISTI NOEM, in her   :
official capacity as Secretary of Homeland   :
Security, PAM BONDI, in her official capacity :
as Attorney General,                         :
:
                              Respondents.         :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       I am in receipt of the parties' filings on January 21, 2026. (Docs. 26–27.) The deadline for Petitioner to submit his supplemental filing is extended *nunc pro tunc*, until January 23, 2026. The deadline for the Government to submit its response is extended until January 30, 2026.

SO ORDERED.

Dated:     January 22, 2026
              New York, New York

                                                          Vernon S. Broderick
                                                          United States District Judge