UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

KANAND OJHA,

Petitioner,

-against-

KENNETH GENALO, *et al.*.

Respondents.

---------------------------------------------------------X

25-CV-10215 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Petitioner's motion to dismiss his amended petition without prejudice. (Doc. 45.) The Government shall file any response by September 4, 2026.

SO ORDERED.

Dated: August 28, 2026
New York, New York

Vernon S. Broderick
United States District Judge