UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KANAND OJHA,
*Petitioner,*

-against-

KENNETH GENALO, Acting Field Office Director, New York Field Office, U.S. Immigration and Customs Enforcement, et al.,
*Respondents.*

Civ. No. 25-10215 (VSB)

MOTION TO DISMISS PETITION WITHOUT PREJUDICE

COMES NOW Kanand Ojha, Petitioner in the above-referenced habeas matter, and respectfully moves the Court for an Order dismissing his Petition without prejudice.

Mr. Ojha recently withdrew his appeal before the Board of Immigration Appeals ("BIA") from the immigration judge's decision ordering his removal. Accordingly, his removal order is now final, he is now detained pursuant to 8 U.S.C. § 1231, and the instant Petition is moot.

WHEREFORE Petitioner respectfully requests that the Court dismiss his Petition without prejudice.

Respectfully submitted,

Dated: New York, New York
August 26, 2026

/s/ Edgar Loy Fankbonner
Edgar Loy Fankbonner, Esq.
1120 Ave. of the Americas
Suite 4149
New York, New York 10036
Tel.: (212) 871-1810
Email: attorney@edgarloy.com
*Attorney for Petitioner*

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 9/1/2026
The Clerk of Court is respectfully directed to terminate the open motion at Doc. 45 and close the case without prejudice.