**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

KANAND OJHA,

Petitioner,

25 **CIVIL** 10215 (VSB)

-against-

**JUDGMENT**

KENNETH GENALO, Acting Field Office Director, New York Field Office, U.S. Immigration and Customs Enforcement, et al.,

Respondents.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsement dated September 1, 2026, the petition is dismissed without prejudice and the case is closed.

**DATED:** New York, New York
September 4, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**